# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                    **Case No. 16- 10158 -01- EFM**

**MICHAEL J. SKLADZIEN,**

    **Defendant.**

# INDICTMENT

**The Grand Jury charges:**

## Introduction

1. From some time in 2001 and until approximately May of 2013, Michael J. Skladzien was the owner of S&S Floor Maintenance of Wichita, Kansas.

2. At all material times hereto, Michael J. Skladzien was in charge of bookkeeping and payroll for S&S Floor Maintenance, and calculated the federal taxes to be withheld from his employee's wages.

3. At all material times hereto, Michael J. Skladzien, after calculating the amount of federal taxes to be withheld from an employee's wages, did in fact withhold said taxes, but did not pay over said taxes to the United States.

## COUNTS ONE THROUGH ELEVEN

## FAILURE TO PAY OVER TAX

4. On or about the dates set forth below, in the District of Kansas, the defendant,

**MICHAEL J. SKLADZIEN,**

a person required to collect, account for, and pay over any tax imposed by federal law, did in fact deduct and collect from the total taxable wages of his employees federal income taxes and Federal Insurance Contributions Act taxes, in the amounts identified below, however the defendant did willfully fail to pay over to the Internal Revenue Service the federal income taxes withheld and the Federal Contributions Act taxes due and owing to the United States of America for the below identified quarters:

| Count | Quarter Ending | Taxes withheld and due owing Internal Revenue Service |
| --- | --- | --- |
| One | December 31, 2010 | $26,242.00 |
| Two | March 31, 2011 | $23,297.00 |
| Three | June 30, 2011 | $23,297.00 |
| Four | September 30, 2011 | $23,297.00 |
| Five | December 31, 2011 | $23,297.00 |
| Six | March 31, 2012 | $25,624.00 |
| Seven | June 30, 2012 | $25,624.00 |
| Eight | September 30, 2012 | $25,624.00 |
| Nine | December 30, 2012 | $25,624.00 |
| Ten | March 31, 2013 | $20,579.00 |
| Eleven | June 30, 2013 | $16,105.00 |

The above acts were in violation of Title 26, United States Code, Section 7202.

**A TRUE BILL.**

December 14, 2016                               s/Foreperson
DATE                                                       FOREPERSON OF THE GRAND JURY

  s/Thomas E. Beall
THOMAS E. BEALL,
Ks. S. Ct. No. 19929
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
thomas.beall@usdoj.gov

**It is requested that the trial be held in Wichita, KS**